**STATE of Missouri, Respondent,**

v.

**Javonte Dangelo ROY, Appellant.**

**No. WD 71781.**

Missouri Court of Appeals,
Western District.

Feb. 1, 2011.

Ellen H. Flottman, for Appellant.

John M. Reeves, for Respondent.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM:

Javonte Roy appeals his conviction for the unlawful use of a weapon, section 571.030, RSMo Cum.Supp.2008, and sentence of fifteen years imprisonment. Roy contends that the trial court abused its discretion in denying him his right to cross-examine a witness regarding her bias in favor of the State. Because a published opinion would have no precedential value,

a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).